**Order entered October 7, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00586-CV**

**ARCH INSURANCE COMPANY, Appellant**

**V.**

**ANCHOR ROOFING SYSTEMS, INC., ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17759**

**ORDER**

Before the Court is appellant's October 2, 2020 unopposed second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **November 9, 2020**.

/s/    BILL WHITEHILL
        JUSTICE